# EXHIBIT 2

REDACTED

Legal & General AMERICA

**Banner Life Insurance Company**
3275 Bennett Creek Avenue
Frederick, Maryland 21704
(800) 638-8428



**PART 1**
**(Please Print)**

## SECTION A PROPOSED INSURED

| 1. Full Name (Include maiden name in parentheses) | 2. Sex | 3. Date of Birth Month | Day | Year | 4. Social Security Number |
|---|---|---|---|---|---|
| Ashley E Flynn | ☐ M ☒ F | [redacted] | [redacted] | 1988 | [redacted]-9272 |

5. a. Home Address
Street 272 Dellwood Dr City, State Spartanburg, SC Zip 29301
5. b. How Long: 6 MONTHS

6. Phone Numbers
Home (937)694-5074
Work

7. State/Country of Birth: OH, UNITED STATES

8. U.S. Citizen ☒ Yes ☐ No Visa Type ____
If No, Date of Entry into U.S. ____
Country of Citizenship ____

9. Marital Status ☒ M ☐ S ☐ W ☐ D

10. Driver's License Number and State of Issue or State ID Number: ST430337 OH

11. Occupation (Include duties): Homemaker
12. Annual Income: 0
13. Total Net Worth: 0

14. a. Employer's Name and Address and Nature of Business: Not currently employed
14. b. How Long Employed:

15. Have you ever used tobacco or nicotine products in any form? ☐ Yes - give details below ☒ No

| Product | Date last used (month/year) | Amount / Frequency |
|---|---|---|
| Cigarettes | | |
| Cigars | | |
| Other | | |

## SECTION B BENEFICIARY
(Share percentage totals must equal 100%. If necessary, use Remarks section, Question 48. If Beneficiary is a trust, check box ☐ and complete Section D.)

16. Primary
Name Caleb Flynn Relationship Spouse % Share 100
SSN [redacted]-7532 Date of Birth [redacted]/1986
Name ____ Relationship ____ % Share ____
SSN ____ Date of Birth ____

17. Contingent
Name ____ Relationship ____ % Share ____
SSN ____ Date of Birth ____
Name ____ Relationship ____ % Share ____
SSN ____ Date of Birth ____

## SECTION C OWNER
18. Owner is ☐ Proposed Insured ☐ Trust (also complete Section D) ☒ Other than Proposed Insured or Trust
Complete if the Proposed Insured is not the Owner. (If contingent Owner is required, use Remarks section, Question 48).
Name Caleb Flynn SSN or Tax ID # ____ Date of Birth ____
Address 272 DELLWOOD DRIVE City, State SPARTANBURG SC Zip 29301
Contact Phone # (651)212-0636 Relationship to Proposed Insured Spouse
If Owner is a business, web site address ____ Email address ____

## SECTION D TRUST INFORMATION (If trust is Beneficiary and/or Owner).
19. Exact Name of Trust ____ Trust Tax ID# ____
Current Trustee(s) ____ Date of Trust ____

## SECTION E PAYOR

20. Send premium notices to: ☒ Insured ☐ Owner ☐ Other - If Other, complete the information below

Name ______________________ Relationship to Insured/Owners ______________________

Address ______________________
Street City State Zip

Contact Phone # ______________________ Email address ______________________

## SECTION F INSURANCE APPLIED FOR

21. Amount of Insurance $ 100,000 22. Plan of Insurance OP Term - 20 Year

23. Death Benefit Option (if available with Plan): ☐ Level Death Benefit ☐ Increasing Death Benefit

24. Payment method: ☐ Direct Bill ☒ Electronic Funds Transfer (EFT)

25. Frequency of premium payment: ☐ Single ☐ Annual ☐ Semi-annual ☐ Quarterly ☒ Monthly (EFT only)

26. Planned periodic premium for universal life product: (Provide details in Remarks section, Question 48.)

a. ☐ 1st Year Only $__________ 2nd Year and Thereafter $__________ b. ☐ Premium For All Years $ __________

27. Will the premiums for this policy be loaned or otherwise financed by an individual(s) or entity other than the Proposed Insured or immediate family members of the Proposed Insured? ☐ Yes ☒ No

If Yes, please identify all parties involved and provide copies of all financing agreements or promissory notes and all related side agreements and schedules. (Provide details in Remarks section, Question 48.)

28. a. Date to Save Age? ☐ Yes ☒ No b. Specific Policy Date? ☐ Yes ☒ No Date __________

**Additional Benefits (if available)**

29. ☐ Waiver of Premium ☐ Other (description and amount) __________

## SECTION G OTHER INSURANCE

30. a. **Excluding** this application, amount of insurance **currently pending** with other companies. If NONE state NONE. $ NONE

b. Of the above pending amount in 30.a., how much do you intend to accept? $ None

c. Provide information for each policy in force (except group insurance). (If necessary, use Remarks section, Question 48.) If NONE state NONE.

| Company | Policy Number | Face Amount | Business? Yes | Business? No | Issue Date | Replacing? Yes | Replacing? No | Beneficiary |
|---|---|---|---|---|---|---|---|---|
| None | | | ☐ | ☐ | | ☐ | ☐ | |
| | | | ☐ | ☐ | | ☐ | ☐ | |
| | | | ☐ | ☐ | | ☐ | ☐ | |
| | | | ☐ | ☐ | | ☐ | ☐ | |
| | | | ☐ | ☐ | | ☐ | ☐ | |

| Question | Yes | No |
|---|---|---|
| 31. Have you ever had an application for life or health insurance declined, postponed, modified, rated or offered with a reduced face amount? (If Yes, provide details in Remarks section, Question 48.) | ☐ | ☒ |
| 32. Will you, or are you likely to, replace, end, or change existing insurance or annuity with any company or society with the insurance for which you are applying? (If Yes, the broker may be required to provide additional forms for your review and signature.) | ☐ | ☒ |
| 33. Are there any plans to sell or permanently assign the policy to another person or entity, life settlement provider or an investor, or will it replace a policy that has already been sold to another life settlement company or investor? (If Yes, provide details in Remarks section, Question 48.) | ☐ | ☒ |

**PART 1** (continued)

**SECTION H GENERAL QUESTIONS** (Explain all Yes answers in Remarks section, Question 48.)

| | Yes | No |
|---|---|---|
| 34. Has any person promised or agreed to give or have they given to any party to the application, any inducement, fee or compensation as an incentive to purchase the policy? | ☐ | ☒ |
| 35. Has any party to the application ever sold, transferred or assigned any life insurance policy to a third party, such as a viatical settlement entity, life settlement entity, insurance company, other secondary market provider, or premium financing entity? | ☐ | ☒ |
| 36. Has any party to the application ever received inducement, fee or compensation as an incentive to purchase, sell, transfer or assign a policy? | ☐ | ☒ |
| 37. In the past 5 years, have you requested or received a Worker's Compensation, Social Security, or disability income payment? | ☐ | ☒ |
| 38. Have you ever been convicted of, or are you currently charged with, a felony or misdemeanor, or are you currently on parole or probation? | ☐ | ☒ |
| 39. In the past 5 years, has your driver's license been suspended or revoked, or have you been convicted of 2 or more moving violations or accidents? | ☐ | ☒ |
| 40. In the past 5 years, have you been convicted of, or plead guilty or no contest to, driving while impaired, intoxicated, or under the influence of alcohol or drugs? (If Yes, complete Alcohol/Drug Usage Questionnaire.) | ☐ | ☒ |
| 41. Are you a member, or do you intend to become a member, of the armed forces, including the reserves? | ☐ | ☒ |

**SECTION I OTHER ACTIVITIES**

| | Yes | No |
|---|---|---|
| 42. Do you hold a current pilot license, or have you in the past 5 years flown, or within the next 2 years do you intend to fly, other than as a passenger in any type of aircraft? (If Yes, complete Aviation Questionnaire.) | ☐ | ☒ |
| 43. Have you in the past 2 years engaged in, or within the next 2 years do you intend to engage in, certain activities such as hang gliding, hot-air ballooning, ultra-light flying, heli-skiing, mountain, ice or rock climbing, cliff or base jumping, motor vehicle racing, motorcycle or any other motorized land or water vehicle racing, or scuba or sky diving? (If Yes, complete appropriate questionnaire.) | ☐ | ☒ |
| 44. Do you intend to travel outside the U.S. or Canada, or change your country of residence in the next 12 months? (If Yes, list countries, cities, duration and purpose of travel in Remarks section, Question 48.) | ☐ | ☒ |

**SECTION J PROPOSED INSURED FINANCIAL INFORMATION**

**Complete this section when applying for face amount over $1,000,000 or when the Proposed Insured is over age 65:**

45. a. What is the purpose of this insurance? (e.g. income replacement, buy-sell, keyperson, estate conservation)

____________________________________

b. How was the need for the face amount determined? ____________________

c. In the last 5 years, has the Proposed Insured filed for bankruptcy or had any charge off of bad debts? Yes ☐ No ☐

If Yes, type of bankruptcy and discharge date or charge off date. ____________________

46. a. Gross annual earned income (salary, bonuses, etc. from W-2 forms) $ __________

b. Gross annual unearned income (dividends, interest, rental income, etc.) $ __________

c. Is the Proposed Insured self-supporting? ☐ ☐

If No, how much insurance is in-force on the life of the person providing the support? $ __________

What is that person's relationship to the Proposed Insured? ____________________

**SECTION K BUSINESS FINANCIAL INFORMATION**

**Complete this section when applying for face amount over $1,000,000 and if Beneficiary or Owner is a business:**

| | Current YTD | Previous Year |
|---|---|---|
| 47. a. Assets | $ | $ |
| b. Liabilities | $ | $ |
| c. Gross Sales | $ | $ |
| d. Net Income after Taxes | $ | $ |
| e. Fair Market Value of the business | $ | $ |

f. How long has the business been established? ______________________________

g. What percentage of the business does the Proposed Insured own? ______________________________

| | Yes | No |
|---|---|---|
| h. Are other partners/owners/executives being insured? (If Yes, use Remarks section, Question 48.) | ☐ | ☐ |
| i. In the last 5 years, has the business filed for bankruptcy or had any charge off of bad debts? | ☐ | ☐ |

If Yes, type of bankruptcy and discharge date or charge off date. ______________________________

j. Company web site address, if available ______________________________

**48. Remarks: Explanations and/or special requests. Use Part 1 Supplement to Application if necessary.**

**IN CONNECTION WITH THIS APPLICATION FOR INSURANCE, IT IS UNDERSTOOD AND AGREED THAT:**

I/we have read the application and all statements and answers contained in Part 1 and Part 2 of this application and any supplements thereto, copies of which shall be attached to and made a part of any policy to be issued, are true and complete to the best of my/our knowledge and belief and made to induce Banner Life Insurance Company (the Company) to issue an insurance policy. The statements and answers in the application are the basis for any policy issued by the Company, and no information about me will be considered to have been given to the Company unless it is stated in the application. I agree to notify the Company of any changes to the statements and answers given in any part of the application before accepting delivery of any policy.

No agent or other person has power to: (a) accept risk; (b) make or modify contracts; (c) make, void, waive or change any conditions or provisions of the application, policy or receipt, as applicable; (d) waive any Company rights or requirements; (e) waive any information the Company requests; (f) discharge any contract of insurance; or (g) bind the Company by making promises respecting benefits upon any policy to be issued.

I agree that: **(1) I/we will notify the Insurer if any statement or answer given in any part of the application changes prior to policy delivery; and (2) except as provided in the Temporary Insurance Application and Agreement, if any, insurance will not begin unless all persons proposed for insurance are living and insurable as set forth in the application at the time a policy is delivered to and accepted by the Owner and the first modal premium is paid.**

Changes or corrections made by the Company and noted in Part 1, Question 48 above are ratified by the Owner upon acceptance of a contract containing this application with the noted changes or corrections. In those states where written consent is required by statute or State Insurance Department regulation for amendments as to plan, amount, classification, age at issue, or benefits, such changes will be made only with the Owner's written consent.

**AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION**

I hereby authorize any physician, medical professional, hospital, clinic or medical care facility; pharmacy benefit manager, prescription database; any insurance or reinsurance company; any consumer reporting agency or insurance support organization; my employer; or the Medical Information Bureau (MIB), to provide the Company and its legal representatives or affiliated insurers, all information they have pertaining to: medical consultations; treatments; hospitalizations for physical and/or mental conditions, use of drugs or alcohol; drug prescriptions; or any other information for me. Other information could include items such as: other insurance information; personal finances; habits; hazardous avocations; motor vehicle records; court records; or foreign travel, etc.

I understand that the information obtained will be used by the Company to determine my eligibility for insurance. I authorize that any information gathered during the evaluation of my application may be disclosed to: reinsurers; the MIB; other persons or organizations performing business or legal services in connection with my application or claim; any physician designated by me; or any person or entity required to receive such information by law or as I may further consent.

I understand that this consent may be revoked at any time by sending a written request to the Company, Attn: Director of Underwriting, Banner Life Insurance Company, 3275 Bennett Creek Avenue, Frederick, Maryland 21704.

The consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I authorize the Company to obtain an investigative consumer report on me. I understand that I may request to be interviewed for the report and receive, upon written request, a copy of such report.

If an investigative consumer report is prepared, I elect to be interviewed: ☒ Yes ☐ No

**DECLARATION**

I/we have carefully read the Temporary Insurance Application and Agreement (TIAA) and understand and agree to the terms thereof including the conditions under which a limited amount of insurance may become effective prior to policy delivery. I/we understand that all premium checks are to be made payable to **Banner Life Insurance Company** (payee should not be left blank); checks are not to be made payable to the agent, agency or other third party. I/we have received the Notice to Proposed Insured, which includes the Medical Information Bureau Pre-Notice Disclosure and the Federal Fair Credit Reporting Notice.

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law. **Please see fraud warnings on page 6 prior to signing this application.**

Ashley E Flynn e-signed Signed at Spartanburg, SC on 2/1/2016
Signature of Proposed Insured — City/State

Signed at ____________ on ____/____/____
Signature of Owner (if other than Proposed Insured)
If Owner is a firm or corporation, include officers' title with signature — City/State

____________
Print Owner/Officer Name and Title (if applicable)

Jeffrey J Zander e-signed Signed at Spartanburg, SC on 2/1/2016
Signature of Licensed Insurance Agent — City/State

BannerLife®

# Additional Details
# Supplement to Application

☐ 1701 Research Boulevard
Rockville, Maryland 20850-3191

☐ 100 Quentin Roosevelt Boulevard
Garden City, New York 11539-9641

Supplement to application for life insurance on the life of Ashley E Flynn
(Print Name of Proposed Insured(s).)

## PART II ADDITIONAL DETAILS

| Question No. | Name of Proposed Insured | Details |
|---|---|---|
| DRIVING LICENSE | | APPLICANT HAS A DRIVER'S LICENSE AND NUMBER IS ST430337 ISSUED IN OHIO |

To the best of my knowledge and belief, the answers recorded herein are true and complete. It is agreed that this Supplement to Application, a copy of which shall be attached to the policy when issued, shall become a part of the policy.

(Please DO NOT use felt tip pen for signatures.)

Signed at Spartanburg (City) SC (State) 29301 (Zip) on 2/1/2016 Date (month/day/year)

X Ashley E Flynn e-signed
Proposed Insured (or parent or legal guardian if Proposed Insured is a minor)

X ______________________
Owner, if other than Proposed Insured

X ______________________
Agent

Agent # ______________________

LU-1032 (Part II) 2/05

REDACTED



Legal & General AMERICA

Banner Life Insurance Company
3275 Bennett Creek Avenue
Frederick, Maryland 21704
(800) 638-8428

## PART 2
### Medical History

1. Name of Proposed Insured Ashley E Flynn    Date of Birth [redacted]/1988
2. Height 5 ft. 5 in.    3. Weight 135 lbs.

If your weight has changed by over 10 lbs. in the last year, indicate amount and reason
15 pounds gained    Due to pregnancy

**PHYSICIAN INFORMATION**

4. **Primary Physician**

Name PIEDMONT WOMEN'S HEALTHCARE
Address 853 NORTH CHURCH STREET #600, SPARTANBURG, SC, 29303
Telephone (864)583-4556    Date last seen 1/2016
Reason last seen and results of visit Additional Info Attached

5. **Physician Last Consulted**

Name PIEDMONT WOMEN'S HEALTHCARE    Specialty Gynecologist
Address 853 NORTH CHURCH STREET #600, SPARTANBURG, SC, 29303
Telephone (864)583-4556    Date last seen 1/2016
Reason last seen and results of visit Additional Info Attached

Yes No

6. Has a parent or sibling ever been diagnosed or treated by a member of the medical profession for heart or kidney disease, stroke, diabetes, cancer, melanoma, suicide, Huntington's Disease, Sickle Cell Disease or Familial Adenomatous Polyposis (FAP)? If Yes, give details in the Family History chart below. ............ [redacted]

**Family History: Include the age at onset/event for each medical condition.**

| | Medical Conditions | Age at Onset/Event | Age if Living | Cause of Death | Age at Death |
|---|---|---|---|---|---|
| Father | | | | | |
| Mother | | | | | |
| Brothers | | | | | |
| Sisters | | | | | |

| **MEDICAL HISTORY -** Provide details to Yes answers in the Remarks section. Include provider, date, symptoms, diagnosis and treatment. | Yes No | **Remarks - Explain All Yes Answers** Enter question number before detailed response. |
|---|---|---|
| Questions 7-22, have you ever consulted a member of the medical profession regarding or have you been diagnosed or treated for: | | |
| 7. High blood pressure, high cholesterol, abnormal electrocardiogram, chest pain, irregular heart rhythm, palpitations, heart murmur, heart attack, angina, phlebitis, peripheral vascular disease, or any other disease or disorder of the heart or blood vessels? ............ | [redacted] | |
| 8. Hepatitis, ulcer, internal bleeding, colitis, acid reflux, GERD, or any other disease or disorder of the stomach, gall bladder, esophagus, liver, pancreas, spleen, intestines, colon, or rectum? ............ | | |
| 9. A disorder of your blood or immune system including anemia, blood clots, bleeding, immune deficiency, leukemia, or lymphoma (excluding HIV)? ............ | | |

REDACTED



**PART 2 - Medical History (continued)**

| Name of Proposed Insured Ashley E Flynn | Yes No | Remarks - Explain All Yes Answers |
|---|---|---|
| 10. Cancer, tumor, melanoma, or any other malignant disorder?<br>11. Diabetes or high blood sugar or any other disease or disorder of the pituitary, thyroid, or endocrine glands?<br>12. Albumin, protein, blood or sugar in the urine or any other disease or disorder of the kidney or bladder?<br>13. Cyst, polyp, lump, or other growth, or any disease or disorder of the skin or lymph nodes?<br>14. Any disease or disorder of the uterus, cervix, ovaries, or breasts?<br>15. Any disease or disorder of the prostate or reproductive system?<br>16. Any sexually transmitted disorders or diseases?<br>17. Pregnancy, complications of pregnancy or infertility? | [redacted] | 17: Additional Info Attached |
| If now pregnant, what is the expected date of delivery? 5/2016 | | |
| 18. Asthma, shortness of breath, chronic cough or hoarseness, bronchitis, emphysema, COPD (chronic obstructive pulmonary disease), sarcoidosis, pneumonia, TB (tuberculosis), sleep apnea, or any other disorder of the respiratory system?<br>19. A disorder of the brain, spinal cord, or nervous system including chronic headaches, convulsions or loss of consciousness, seizures, tremors, paralysis, fainting, stroke, MS (multiple sclerosis), or TIA (transient ischemic attack)?<br>20. Depression, anxiety, psychosis, suicidal thoughts or attempts of suicide, anorexia or bulimia, obsessive compulsive disorder, bipolar disorder, or other mental, nervous or emotional disorder?<br>21. Arthritis or disorder of the bones, skin or muscles?<br>22. Any disease or disorder of the eyes, ears, nose or throat?<br>23. In the **last 5 years,** unless previously stated on this application, have you:<br>a. Been treated by a member of the medical profession or at a medical facility?<br>b. Had an electrocardiogram, x-ray, blood test, or other diagnostic test, excluding an HIV test?<br>c. Had surgery or biopsy, or been an inpatient or outpatient in a hospital, clinic, or other medical or mental health facility?<br>d. Been advised by a member of the medical profession to have surgery, medical treatment, biopsy, or diagnostic testing, excluding HIV testing, that has not yet been completed?<br>e. Been referred to any other member of the medical profession or medical facility?<br>f. Been unable to work, attend school or perform the normal activities of like age and gender, or been confined at home?<br>24. a. Have you ever used amphetamines, barbiturates, cocaine, heroin, crack, marijuana, LSD, PCP, or other illegal, restricted or controlled substances, except as prescribed by a licensed physician? | [redacted] | 23a: Additional Info Attached<br>23b: Additional Info Attached |
| If Yes, please provide dates of use: From ______ To ______<br>Name of drug used: ______<br>Amount and frequency of use: ______ | | |

REDACTED



## PART 2 - Medical History (continued)

| Name of Proposed Insured Ashley E Flynn | Yes | No | Remarks - Explain All Yes Answers |
|---|---|---|---|
| 24 b. Have you ever been addicted to prescription medication or been advised by a physician to discontinue using habit forming drugs? ..... If Yes, provide dates of use, type and frequency.<br><br>25. Have you ever:<br>a. Consumed alcoholic beverages? ..... If Yes, give type and number of drinks per day and/or per week. Date of last consumption: ______<br>b. Been advised by a physician or other licensed medical practitioner to limit or cease the use of alcoholic beverages? .....<br>c. Been counseled, sought help or treatment, or been advised by a physician or other licensed medical practitioner to undergo counseling or treatment for alcohol problems? .....<br>d. Attended or joined any organization due to alcohol or related problems? .....<br><br>26. Are you currently:<br>a. Taking or have you been advised to take any prescribed medication (other than contraceptives)? .....<br>b. Taking any herbal or non-prescription medication at least weekly? ..... If Yes, give details. ______<br><br>27. Have you taken any other medications in the **past 2 years**? ..... If Yes, list in Remarks section at right.<br><br>28. Have you tested positive for exposure to the HIV infection or been diagnosed as having ARC (AIDS-Related Complex) or AIDS (Auto Immune Deficiency Syndrome) caused by HIV infection or other sickness or condition derived from such infection? .....<br><br>29. In the past 5 years, have you been diagnosed, treated, tested positive for, or been given medical advice by a member of the medical profession for any disease or disorder not previously stated on this application? ..... If Yes, give details. ______ | [redacted] | | Additional Info Attached |

30. Additional remarks (please indicate which question number remarks reference)

I have read the answers as written before signing, the answers are true and complete to the best of my knowledge and belief, and there are no exceptions to any answers other than written on this document.

*Ashley E Flynn* e-signed — Signature of Proposed Insured

Signed at Spartanburg, SC (City/State) on 2/1/2016 (Date)

REDACTED

Banner Life®

# Additional Details Supplement to Application

☐ 1701 Research Boulevard
Rockville, Maryland 20850-3191

☐ 100 Quentin Roosevelt Boulevard
Garden City, New York 11539-9641

Supplement to application for life insurance on the life of Ashley E Flynn
(Print Name of Proposed Insured(s).)

## PART II ADDITIONAL DETAILS

| Question No. | Name of Proposed Insured | Details |
|---|---|---|
| 4 - PRIMARY CONSULTATION | [redacted] | |
| 5 - LAST CONSULTATION | [redacted] | |
| 17 - PREGNANCY | [redacted] | |
| 17 - PREGNANCY | [redacted] | |
| 23a - OTHER MEDICAL TREATMENTS | [redacted] | |

To the best of my knowledge and belief, the answers recorded herein are true and complete. It is agreed that this Supplement to Application, a copy of which shall be attached to the policy when issued, shall become a part of the policy.

(Please DO NOT use felt tip pen for signatures.)

Signed at Spartanburg (City) SC (State) 29301 (Zip) on 2/1/2016 Date (month/day/year)

X *Ashley E Flynn* e-signed
Proposed Insured (or parent or legal guardian if Proposed Insured is a minor)

X ______________________
Owner, if other than Proposed Insured

X ______________________
Agent

Agent # ______________________

LU-1032 (Part II) 2/05

REDACTED

BannerLife®

# Additional Details Supplement to Application

☐ 1701 Research Boulevard
Rockville, Maryland 20850-3191

☐ 100 Quentin Roosevelt Boulevard
Garden City, New York 11539-9641

Supplement to application for life insurance on the life of Ashley E Flynn
(Print Name of Proposed Insured(s).)

## PART II ADDITIONAL DETAILS

| Question No. | Name of Proposed Insured | Details |
|---|---|---|
| 23a - OTHER MEDICAL TREATMENTS | | [redacted] |
| 23b - PAP SMEAR | | [redacted] |
| 26b - NON-PRESCRIPTION MEDICATION | | [redacted] |

To the best of my knowledge and belief, the answers recorded herein are true and complete. It is agreed that this Supplement to Application, a copy of which shall be attached to the policy when issued, shall become a part of the policy.

(Please DO NOT use felt tip pen for signatures.)

Signed at Spartanburg (City) SC (State) 29301 (Zip) on 2/1/2016 Date (month/day/year)

X Ashley E Flynn e-signed
Proposed Insured (or parent or legal guardian if Proposed Insured is a minor)

X ____________________
Owner, if other than Proposed Insured

X ____________________
Agent

Agent # ____________________

LU-1032 (Part II) 2/05

BANNER LIFE INSURANCE COMPANY

Frederick, Maryland

AMENDMENT TO APPLICATION

---

PROPOSED INSURED - ASHLEY E FLYNN

FILE NUMBER - 181174250 DATE OF APPLICATION - 02/01/2016

THE BANNER LIFE INSURANCE COMPANY IS HEREBY AUTHORIZED TO AMEND THE APPLICATION IDENTIFIED ABOVE IN THE FOLLOWING MANNER:

Part 1 Question #48 shall include: Spouse Income - $75,000.
Spouse Insurance - $100,000 in force, $650,000 pending.

IT IS AGREED THAT THIS AMENDMENT SHALL FORM A PART OF MY APPLICATION AND THAT A COPY HEREOF IS TO BE ATTACHED TO THE POLICY.

| Proposed Insured's Signature | Date |
|---|---|
| Signature of Policy Owner | Title, if owner is Business or Trust |

LU-14(54-62)

BANNER LIFE INSURANCE COMPANY